LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Juan Phillips ) | Case No: 03-257 |
| ) | USM No: 29027-034 |
| Date of Previous Judgment: 05/05/2005 ) | Robert Toale |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months as to Count 1 **is reduced to** __108 Months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  33                 Amended Offense Level:  31
Criminal History Category:  I              Criminal History Category:  I
Previous Guideline Range:  135 to 168 months   Amended Guideline Range:  108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

   If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated  05/05/2005,  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/02/2008

Judge's signature

Effective Date:  12/12/2008                Hon. Stanwood R. Duval, Jr., U.S. District Judge
(if different from order date)                Printed name and title